**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

BYRON L. CONWAY
ADC # 113285                                                                                              PLAINTIFF

v.                              CASE NO. 5:11-cv-00009-JMM-JJV

PAMELA SMITH, Registered Nurse,
Correctional Medical Services; and
CORRECTIONAL MEDICAL SERVICES                                          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 27th day of September, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE